### WILL ARRISMAN V. THE STATE.

No. 2768.   Decided November 19, 1913.

Rehearing denied December 10, 1913.

**Robbery—Statement of Facts.**

Where the purported statement of facts was not filed in the court below until six months after the adjournment of the court, the same can not be considered on appeal.

Appeal from the District Court of Wichita.   Tried below before the Hon. P. A. Martin.

Appeal from a conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

*T. F. Hunter,* for appellant.—On question of statement of facts: Johnson v. State, 159 S. W. Rep., 848.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of robbery and his punishment fixed at the lowest prescribed by law.   What purports to be a very short statement of facts in the case was not filed in the court below until six months after the adjournment of the court, and, of course, can not be considered on this appeal and is struck out on the motion of the Assistant Attorney-General.

There is nothing attempted to be raised by appellant which we can consider in the absence of a statement of facts.   The judgment will be affirmed.

*Affirmed.*

[Rehearing denied December 10, 1913.—Reporter.]